**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2212**

———————

CHARLES M. PERSSON,

Plaintiff - Appellant,

versus

CREDIT BUREAU OF SOUTHERN VIRGINIA,
INCORPORATED,

Defendant - Appellee,

and

AMERICREDIT FINANCIAL SERVICES, INCORPORATED;
REGIONAL ACCEPTANCE CORPORATION; VICTORY
NISSAN OF RICHMOND, INCORPORATED,

Parties in Interest.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (MC-02-8-3)

———————

Submitted: November 21, 2002        Decided: November 27, 2002

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles M. Persson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Persson appeals from orders of the District Court for the Eastern District of Virginia denying Persson's requests for the issuance of a subpoena relating to a complaint he filed in the District Court for the Western District of Virginia. He also asks this court to direct the Western District to hold his case in abeyance pending resolution of this appeal. Our review of the record and the pertinent district court dockets reveals that Persson's underlying complaint was dismissed with prejudice in the Western District following a settlement reached by the parties. This action renders Persson's claim before this court no longer justiciable. Accordingly, we deny Persson's motion to direct that his case be held in abeyance, and we dismiss the appeal as moot. See Leonard v. Hammond, 804 F.2d 838, 842 (4th Cir. 1986). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2